Richard Kirschner, Alaine S. Williams, Philadelphia, for appellants.

David H. Allshouse, Deputy Atty. Gen., for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## DECREE

PER CURIAM:

Decree affirmed. Each party to bear own costs.

437 A.2d 944

Edward COOK, President, County Commission of Schuylkill County, Pennsylvania; John Reese, Mayor, Shenandoah, Pennsylvania; Martin J. Todd, President, Board of Trustees, Locust Mountain State General Hospital, Pennsylvania: Honorable James J. Rhoades, Senator, 29th Senatorial District, Pennsylvania; Honorable Edward J. Lucyk, Representative, 123d House District; Donald C. Michaels, Taxpayer; Council 13, American Federation of State, County and Municipal Employees, AFL-CIO, by its Trustee ad Litem, Gerald W. McEntee, Appellants,

v.

COMMONWEALTH of Pennsylvania; Honorable Richard Thornburgh, Governor, Commonwealth of Pennsylvania; Department of Public Welfare; Helen B. O'Bannon, Secretary of Public Welfare, Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

Argued Oct. 27, 1981.

Decided Dec. 17, 1981.

Richard Kirschner and Alaine S. Williams, Philadelphia, for appellants.

David H. Allshouse, Deputy Atty. Gen., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### DECREE

PER CURIAM:

Decree affirmed. Each party to bear own costs. 61 Pa.Cmwlth. 152, 432 A.2d 1139.

---

437 A.2d 944

**COMMONWEALTH of Pennsylvania**

v.

**Charles GILMORE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 28, 1981.

Decided Dec. 17, 1981.

Burton A. Rose, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Paul Diamond, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### OPINION OF THE COURT

PER CURIAM:

This is a direct appeal from judgments of sentence imposed by the Court of Common Pleas of Philadelphia upon a